IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 21-1448, Case Name Tankesley v. Raimondo
Party Represented by Applicant: Carl Tankesley

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Nathaniel David Johnson
Bar Identification Number 14729    State Maryland
Firm Name Employment Law Firm
Firm Phone # 301 945-9103    Direct Dial #    FAX # 888 492-9434
E-Mail Address ndjesquire@gmail.com
Office Mailing Address 3261 Old Washington Road, #2020 Waldorf, MD 20602

Name(s) of federal district court(s) in which I have been admitted Maryland and the District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    Mar. 1, 2022 (Date)
Lenore C. Garon (Typed or Printed Name)    39934 (VA Bar Number)

Court Use Only: SPH
Clerk's Fee Paid ☒ or Exemption Granted ☐
The motion for admission is GRANTED ☒ or DENIED ☐

(Judge's Signature)    3/3/22 (Date)