### *** CIVIL MOTION MINUTES ***

Date: 06/03/2022

Before the Honorable: **T.S. ELLIS, III**

Time: 11:03 a.m. – 11:46 a.m. (00:43)
       12:02 p.m. – 12:11 p.m. (00:09)
       (00:52)

Case No.: 1:21-cv-01448-TSE-IDD

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

# CARL TANKESLEY

V.

# KATERINE K. VIDAL

Appearances of Counsel for:

[ X ]  Plaintiff:  Nathaniel Johnson
[ X ]  Defendant:  Meghan E. Loftus, Matthew Mezger

**Re:**  [ 18 ]  Defendant's Motion to Dismiss
       [ 23 ]  Plaintiff's Motion, Pursuant to Fed. R. Civ. P. 12(d) for Court to Deny or Defer Ruling on Defendant's Motion to Dismiss and to Permit the Parties to Engage in Discovery

Argued and:

[ 23 ]  Plaintiff's Motion, Pursuant to Fed. R. Civ. P. 12(d) for Court to Deny or Defer Ruling on Defendant's Motion to Dismiss and to Permit the Parties to Engage in Discovery **– DENIED WITHOUT PREJUDICE**.

[ 18 ]  Defendant's Motion to Dismiss – **TAKEN UNDER ADVISEMENT**.


[  ]  Continued to

[  ]  Report and Recommendation to Follow

[ X ]  Order to Follow