# *** CIVIL MOTION MINUTES ***

Date: 12/09/2022　　　　　　　　　　　Before the Honorable: **T.S. ELLIS, III**

Time: 01:42 p.m. – 02:16 p.m. (00:34)　　Case No.: 1:21-cv-01448-TSE-IDD

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

# CARL TANKESLEY

V.

# KATHERINE VIDAL

Appearances of Counsel for:

[ X ]  Plaintiff:  Lenore Garon, Nathaniel Johnson, Charles Day
[ X ]  Defendant:  Meghan Loftus, Matthew Mezger

**Re:**　　SUMMARY JUDGMENT HEARING
　　　　[ 50 ]  Defendant's Motion to Dismiss

Argued and:

- Parties to file supplemental briefs by January 6, 2023 with Responses due by January 27, 2023.

- Defense request to continue Final Pretrial Conference set for January 19, 2023 at 4:00 p.m. – GRANTED.

[  ]  Granted　　[  ]  Denied　　　　[  ]  Granted in part/Denied in part

[  ]  Taken Under Advisement　　　　[  ]  Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow